**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-1377-TPO

BOR FRANCHISING, LLC,
a Colorado Limited Liability Company and
BOR IP, LLC,

*Plaintiffs,*

v.

W&L VENTURES, LLC,
a Delaware Limited Liability Company,
RYAN WIESE, a citizen and resident of Texas and
MAX LUCHS, a citizen and resident of California

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   **Ryan Wiese**
       503 Burk Drive
       Allen, TX 75002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ROBINSON WATERS & O'DORISIO, P.C.**
Harold R. Bruno III, Esq.
Colorado Bar. No. 14945
1099 18th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 297-2600
Facsimile: (303) 297-2750 (f)
Email: hbruno@rwolaw.com
*Attorneys for Plaintiff*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/01/2025



CLERK OF COURT

/s/ A.G. Ryan

*Signature of Clerk or Deputy Clerk*